# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY NAVARRO, | Case No. 5:22-cv-01797-FWS-KS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SHERIFFS DEPARTMENT MEDICAL STAFF, et al., | |
| Defendants. | |

Pursuant to the court's Order Accepting Findings and Recommendations of the United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case action is **DISMISSED WITH PREJUDICE**.

DATED: June 21, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE